IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 12-CR-121 (RWR) |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 1542 |
| ANDREW BLAINE BENEVENTO, | : | (False Statement in Application for a Passport) |
| Defendant. | : | |

## STATEMENT OF OFFENSE
## IN SUPPORT OF GUILTY PLEA

The parties in this case, the United States of America and the defendant, Andrew Blaine Benevento, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist to prove beyond a reasonable doubt that the defendant committed the offense to which he is pleading guilty, and to establish facts relevant to sentencing.

On or about January 20, 2012, the defendant went to the Benjamin Franklin Post Office, located at 1200 Pennsylvania Avenue in Washington, D.C. There, the defendant completed and submitted an application for a United States Passport in which he indicated that his name was "Brendan Benevento" and that his social security number (SSN) was a social security number that ended in "3739." The defendant signed the passport application under an oath indicating that he knew it was a crime to make false statements on the passport application.

Defendant's above-described passport application was forwarded to the Diplomatic Security Service's (DSS) Washington Field Office, and assigned to a Special Agent. Through his

Defendant      Counsel

investigation, the Special Agent determined that defendant was not Brendan Benevento. The results of the DSS investigation included information obtained during a voluntary interview on or about March 23, 2012, of the defendant's brother, Brendan Benevento. Brendan Benevento told the agent that he, Brendan Benevento, was issued the above-described SSN. Brendan Benevento also said that the subject depicted on the photograph accompanying the passport application appeared to be his brother, the defendant. Brendan Benevento also said that he did not complete or submit the above-described passport application, and did not give the defendant authority to do so.

Based on the above, the defendant knowingly made a false statement in an application for a U.S. passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, and contrary to laws regulating the issuance of passports and rules prescribed pursuant to such laws.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By: _____
David J. Mudd
Washington D.C. Bar No. 995154
Special Assistant United States Attorney
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 252-7785
david.mudd2@usdoj.gov

Defendant's Acceptance of Factual Proffer

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection

___Defendant   ___Counsel

2

with this Factual Proffer and all matters relating to it.  I fully understand this Factual Proffer and voluntarily agree to it.  No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully.  No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_2/14/14_____                          _____
Date                                                                  Andrew Blaine Benevento

### Defense Counsel's Acknowledgment

      I am Andrew Blaine Benevento's attorney.  I have reviewed every part of this Statement of Offense in Support of Guilty Plea with him.  It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_2/14/14_____                          _____
Date                                                                  Matthew G. Kaiser, Esq.
                                                                  Justin Dillon, Esq.

_____Defendant   _____Counsel