IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 12-cr-121-RWR |
| | ) | |
| ANDREW BLAINE BENEVENTO | ) | |

**FILED**

APR 28 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MOTION TO WITHDRAW PLEA

The defendant, Mr. Andrew Benevento, representing himself *pro se* from this point on requests the court to accept this motion to withdraw his federal plea in the aforementioned above case matter.

In April of this year, Mr. Benevento received notice from his neurologist, Dr. Rhanni Herzfeld, of a tumor in his skull at the base of his pituitary gland. The finding came unexpectedly after two MRIs were performed to determine the root cause of nerve damage in Mr. Benevento's facial soft tissue and orbital area. Mr. Benevento was unaware of this finding at the time of his plea hearing and currently does not trust his own judgment given the possible neurological ramifications on his decisions-making such a diagnosis could have. While incarcerated in Florida, Mr. Benevento sought medical attention for neuropathy, pain, and blurred vision relating to a complication from a prior surgery five years earlier. Mr. Benevento was unable to see specialists while incarcerated and no testing nor MRI was performed. To reiterate, Mr. Benevento's concern is that he was not in the right state of mind nor healthy enough to make a decision regarding his case at the time of his plea in February.

Under Federal Rule of Criminal Procedure 32 (e), a defendant must assert his legal innocence of the charge in question in order for the court to consider accepting a defendant's motion to withdraw a guilty plea. In Mr. Benevento's case, his MRI results and the current ambiguity surrounding the severity of his condition has propelled him to ask the court for latitude while his doctors determine what precisely the consequences of this diagnosis are and the potential neurological changes inflicted upon him. This is a special circumstance where a defendant's perceptions of judgment and reason are turned upside down without any forewarning. Mr. Benevento does not wish to waste the court's time in any shape or form but feels if sentencing were to commence today and further evaluation by doctors determine Mr. Benevento actions are not his own, rather or caused by this 'abnormal growth' then justice would not have been carried out.

Respectfully submitted,

/s/

Andrew Benevento *Pro Se*

RECEIVED
OVER THE COUNTER

APR 28 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia